720

## Linell Corporation *v.* Drueding, Appellant.

Argued June 10, 1975. *John C. Butera,* with him *Clarke F. Hess,* and *Butera & Detwiler,* for appellant; *Emanuel A. Bertin,* with him *Pechner, Sacks, Dorfman, Rosen & Richardson,* for appellee.

Judgment affirmed.

## Matthews, et al., Appellant, *v.* Radio Taxi, Inc.

Argued June 12, 1975. *James Dunworth,* with him *Cremers, Morris, Greenwood & Dunworth,* for appellant; *Robert F. Adams,* with him *Gawthrop & Greenwood,* for appellee.

Order affirmed; petition for reargument refused August 20, 1975.

## Nauer, Appellant, *v.* Franklin Mint, Inc.

Argued June 9, 1975. *Francis A. Ferrara,* with him *Frank L. Tamulonis, Jr.,* and *Kassab, Cherry and Archbold,* for appellant; *Robert M. Landis,* with him *Gerald C. Dragonetti, Joseph T. Labrum, Jr., Robert C. Heim,* and *Dechert, Price & Rhoads,* for appellee.

Judgment affirmed.